JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BETH WARFORD, | Case No.  CV 19-1679-GW-JEMx |
| Plaintiff, | |
| v. | **ORDER TO DISMISS WITHOUT PREJUDICE** |
| BOSTON SCIENTIFIC CORPORATION, | |
| Defendant. | |

Based upon the Notice of Dismissal [42], it is hereby ORDERED that this action is dismissed without prejudice in its entirety. Each party will bear its own attorneys' fees and expenses.

IT IS SO ORDERED.

Dated: November 1, 2019

_____
HON. GEORGE H. WU,
UNITED STATES DISTRICT JUDGE